IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| KAISER GROUP INTERNATIONAL, ) | Case No. 00-2263 (MFW) |
| INC., *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| KAISER GROUP INTERNATIONAL, ) | |
| INC., et al., ) | |
| ) | |
| Appellants, ) | |
| v. ) | Civil Action No. 04-278-JJF |
| ) | |
| JAMES D. PIPPIN and the CLASS OF ICT ) | |
| SPECTRUM BANKRUPTCY CLAIMANTS, ) | |
| ) | |
| Appellees. ) | |

NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Kaiser Group International, Inc., and in affiliated debtors[1] (collectively the "Debtors") hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (Docket No.12) and Final Order (Docket No. 13) of the United States District Court for the District of Delaware dated June 24, 2005, copies of which are attached hereto as Exhibits "A" and "B" respectively.

The names of all parties to the Memorandum Opinion and Final Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are

Party:    James D. Pippin, on behalf of himself and the Class of ICT Spectrum
         Bankruptcy Claimants

---

[1] The affiliated debtors include Kaiser Engineers Massachusetts, Inc., Kaiser Technology Holdings, Inc., Tudor Engineering Company, Kaiser Engineers Group, Inc., Kaiser Engineers, Inc., Kaiser Engineers International, Inc., Kaiser Engineers and Constructors, Inc., Kaiser Overseas Engineering, Inc. and Kaiser Holdings Unlimited, Inc.

| | |
|---|---|
| Attorneys: | J. Dennis Faucher, Esquire |
| | William R. Kane, Esquire |
| | Michael S. Tarringer, Esquire |
| | MILLER FAUCHER AND CAFFERTY LLP |
| | One Logan Square, Suite 1700 |
| | 18th & Cherry Streets |
| | Philadelphia, PA  19103 |
| | (215) 864-2800 |

-and-

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE  19899
(302) 656-2500


Party:      United States Trustee's Office

Attorneys:  David L. Buchbinder, Esquire
            OFFICE OF THE UNITED STATES TRUSTEE
            J. Caleb Goods Federal Building
            Suite 2207
            Wilmington, DE  19801
            (302) 573-6491

*[signature]*

Mark Minuti, Esquire (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, Delaware 19899
(302) 421-6840

– and –

Kenneth N. Klee, Esquire
Daniel J. Bussel, Esquire
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
Fox Plaza
2121 Avenue of the Stars
Thirty-Third Floor
Los Angeles, CA 90067-5061
(310) 407-4000

Attorneys for the Debtors

Dated: July 22, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KAISER GROUP INTERNATIONAL, | ) | Case No. 00-2263 (MFW) |
| INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| KAISER GROUP INTERNATIONAL, | ) | |
| INC., et al., | ) | |
| | ) | |
| Appellants, | ) | |
| v. | ) | Civil Action No. 04-278-JJF |
| | ) | |
| JAMES D. PIPPIN and the CLASS OF ICT | ) | |
| SPECTRUM BANKRUPTCY CLAIMANTS, | ) | |
| | ) | |
| Appellees. | ) | |

**CERTIFICATE OF SERVICE**

  I, Mark Minuti, hereby certify that on July 22, 2005, I caused a copy of the foregoing

**Notice of Appeal** to be served on the following parties in the manner indicated:

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
**(By Hand)**

David L. Buchbinder, Esquire
Office of the United States Trustee
J. Caleb Goods Federal Building
Suite 2207
Wilmington, DE 19801
**(By Hand)**

J. Dennis Faucher, Esquire
William R. Kane, Esquire
Michael S. Tarringer, Esquire
Miller Faucher and Cafferty LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103
**(By Telecopy and U.S. Mail)**

524057.1 7/22/05

_____
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, Delaware 19899
(302) 421-6840

524057.1 7/22/05