# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| KAISER GROUP INTERNATIONAL, INC., | : | Bankruptcy Case No. 00-2263-MFW |
| Debtor. | : | |
| KAISER GROUP INTERNATIONAL, INC., et al., | : | |
| Appellants, | : | |
| v. | : | Civil Action No. 04-278-JJF |
| JAMES D. PIPPIN, et al., | : | |
| Appellees. | : | |

**FINAL ORDER**

At Wilmington, this 24 day of June 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Order of the Bankruptcy Court dated February 2, 2004 granting Appellees' motion for resolution of their class claim is AFFIRMED.

_____
UNITED STATES DISTRICT JUDGE