IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| KAISER GROUP INTERNATIONAL, INC., *et al.*, | Case No. 00-2263 (MFW) |
| | (Jointly Administered) |
| Debtors. | |
| KAISER GROUP INTERNATIONAL, INC., *et al.*, | |
| Appellants, | |
| v. | Civil Action No. 04-278-JJF |
| JAMES D. PIPPIN and the CLASS OF ICT SPECTRUM BANKRUPTCY CLAIMANTS, | |
| Appellees. | Related to Docket No. 14 |

**APPELLANT'S STATEMENT OF THE ISSUES ON APPEAL
AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

Pursuant to Rule 6(b) of the Federal Rules of Appellate Procedure, Appellant, Kaiser Group International, Inc. ("Kaiser"), provides a statement of the issues to be presented in its appeal from the Memorandum Opinion (Docket No.12) and Final Order (Docket No. 13) of the Honorable Joseph J. Farnan of the United States District Court for the District of Delaware dated June 24, 2005 affirming the Order of the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, dated February 2, 2004 (Docket No. 1617) on the Motion of Claimant James D. Pippin and the Class of ICT Spectrum Bankruptcy Claimants for Resolution of the Class Claim. For the avoidance of doubt, Kaiser does not raise any issue on appeal with respect to that portion of the Order of the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, dated February 2, 2004 (Docket No. 1617) allowing the

524714.1 8/1/05

distribution of 15,625 shares of New Common stock on account on the Class 5 equity interests held by the Pippin claimants and this portion of such Order, and the Order of the United States District Court for the District of Delaware dated June 24, 2005 affirming such portion of such Order, is final and unappealable.

In further accordance with Fed. R. App. P. 6(b), Kaiser designates the items to be included in the record on appeal.

## I. **STATEMENT OF THE ISSUES ON APPEAL**

1. Whether the bankruptcy court erred in granting the Motion of Claimant James D. Pippin and the Class of ICT Spectrum Bankruptcy Claimants ("Pippin") for Resolution of the Class Claim and ordering Kaiser to issue 247,350 additional shares of New Common stock to Pippin notwithstanding the confirmation and substantial consummation of the Plan, Pippin's failure to seek or obtain a stayand the res judicata effect of the Findings of Fact, Conclusions of Law, Order and Judgment Confirming the Debtors' Second Amended Plan of Reorganization dated December 5, 2000 (Docket No. 801)?

II. **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

| Bankruptcy Court Docket No. | Filing Date | Description |
| --- | --- | --- |
| 463<br>Original NIBS 459 | 09/27/2000 | Objection To Amended Plan of Reorganization |
| 801<br>Original NIBS 792 | 12/05/2000 | Findings of Fact, Conclusions of Law, Order and Judgment Confirming the Debtors' Second Amended Plan of Reorganization |
| 1091<br>Original NIBS 1081 | 04/11/2001 | Opinion and Order |
| 1578 | 10/10/2003 | Motion for Distribution of New Common Stock |
| 1579 | 10/28/2003 | Debtors' Objection to Motion by James D. Pippin and The Class of ICT Spectrum Claimants for Distribution of New Common Stock |
| 1588 | 11/20/2003 | Motion of Claimant James D. Pippin and The Class of ICT Spectrum Claims for Resolution of the Class Claim |
| 1590 | 11/26/2003 | Objection of Anita L. Blaney to Motion for Resolution of Class Claim filed by Claimant James D. Pippin |
| 1602 | 12/12/2003 | Debtors' Response to Motion by James D. Pippin and The Class of ICT Spectrum Claimants for Resolution of the Class Claim |
| 1604 | 12/22/2003 | Notice of Motion (Motion for Resolution of the Class Claim) |
| 1612 | 01/29/2004 | Proposed Order regarding Resolution of Pippin Class Proof of Claim |
| 1614 | 02/02/2004 | Certification of Counsel Regarding Proposed Order on Motion of Claimant James D. Pippin and The Class of ICT Spectrum Claimants for Resolution of the Class Claim |
| 1617 | 02/02/2004 | Order |
| 1620 | 02/12/2004 | Kaiser Group International, Inc.'s Motion for Reconsideration |
| 1621 | 02/12/2004 | Kaiser Group International, Inc.'s Memorandum in Support of Motion for Reconsideration |

| | | |
|---|---|---|
| 1624 | 02/13/2004 | Transcript of Agenda Hearing Held on January 20, 2004 |
| 1637 | 03/15/2004 | Memorandum of Claimant James D. Pippin and The Class of ICT Spectrum Claimants In Opposition to Debtors' Motion for Reconsideration |
| 1641 | 03/24/2004 | Order Denying Motion For Reconsideration of the Bankruptcy Court's February 2, 2004 Order |
| 1642 | 03/29/2004 | Notice of Appeal |
| 1650 | 04/15/2004 | Transcript of Agenda Hearing held 3/24/2004 |
| **District Court Docket No.** | **Filing Date** | **Description** |
| 1 | 04/30/2004 | Notice of Appeal by Kaiser Group et al of the Order of the Bankruptcy Court entered on 2/2/04 by the Honorable Mary F. Walrath. |
| 2 | 4/30/2004 | Designation, Statement of Issues and Designated Record by Kaiser Group et al of record on appeal |
| 3 | 04/30/2004 | Designation of Record by James D. Pippin, Spectrum Claimants of record on appeal |
| 4 | 04/30/2004 | Notice of docketing bankruptcy record on appeal. |
| 5 | 05/12/2004 | Case assigned to Judge Joseph J. Farnan Jr. Notice to all parties. |
| 6 | 05/17/2004 | Appellant's Brief on Appeal by Kaiser Group et al. |
| 7 | 05/28/2004 | Appellee's Brief on Appeal by James D. Pippin, Spectrum Claimants. |
| 8 | 06/07/2004 | Stipulation with Proposed Order for Extension of Time to File Reply Brief by 06/14/04. |
| | 06/09/2004 | So Ordered granting stipulation |
| 9 | 06/14/2004 | Appellant's Reply Brief by Kaiser Group et al. to the Brief of Appellee ICT Spectrum Bankruptcy Claimants. |
| 10 | 06/15/2004 | Certificate of Service by Kaiser Group et al. re Appellant's Reply Brief. |

| 11 | 06/18/2004 | Request by Kaiser Group et al. for Oral Argument |
| 12 | 06/24/2005 | Memorandum Opinion |
| 13 | 06/24/2005 | Final Order affirming the order of the Bankruptcy Court dated February 2, 2004. |
| 14 | 07/22/2005 | Notice of Appeal of Memorandum Opinion and Order to the United States Court of Appeals for the Third Circuit. |

Kaiser respectfully reserves the right to supplement or amend the items designated and issues stated herein.

*[signature]*

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

-and-

Kenneth N. Klee (Cal. Bar No. 63372)
Daniel J. Bussel (Cal. Bar No. 121939)
**KLEE TUCHIN BOGDANOFF & STERN LLP**
2121 Avenue of the Stars
Suite 3300
Los Angeles, CA 90067
(310) 407-4000

Counsel for Kaiser Group International, Inc.

Dated: August 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KAISER GROUP INTERNATIONAL, INC., *et al.*, | ) ) ) | Case No. 00-2263 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| KAISER GROUP INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Appellants, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-278-JJF |
| JAMES D. PIPPIN and the CLASS OF ICT SPECTRUM BANKRUPTCY CLAIMANTS, | ) ) ) ) | |
| Appellees. | ) | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, hereby certify that on August 1, 2005, I caused a copy of the **Appellant's Statement Of The Issues On Appeal And Designation Of Items To Be Included In The Record** to be served on the following parties in the manner indicated.

> Pamela S. Tikellis, Esquire
> Robert J. Kriner, Jr., Esquire
> Chimicles & Tikellis LLP
> One Rodney Square
> P. O. Box 1035
> Wilmington, DE 19899
> **(By Hand)**
>
> J. Dennis Faucher, Esquire
> William Kane, Esquire
> Michael S. Tarringer, Esquire
> Miller Faucher and Cafferty LLP
> One Logan Square, Suite 1700
> 18th & Cherry Streets
> Philadelphia, PA 19103
> **(By Telecopy and U.S. Mail)**

524714.1 8/1/05

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800