IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>KAISER GROUP INTERNATIONAL,<br>INC., et al.,<br><br>                Debtors<br><br>KAISER GROUP INTERNATIONAL,<br>INC., *et al.*,<br>                Appellants,<br>     v.<br><br>JAMES D. PIPPIN and the CLASS OF<br>ICT SPECTRUM BANKRUPTCY<br>CLAIMANTS,<br><br>                Appellees. | Chapter 11<br><br>Case Nos. 00-2263 to 00-2301 (MFW)<br><br>(Jointly Administered Under<br>Case No. 00-2263 (MFW))<br><br><br><br>Civil Action No. 04-278-JJF |

**DESIGNATION BY APPELLEES JAMES D. PIPPIN AND
THE CLASS OF ICT SPECTRUM BANKRUPTCY CLAIMANTS OF
ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 6(b) of the Federal Rules of Appellate Procedure, Appellees James D. Pippin and the Class of ICT Spectrum Bankruptcy Claimants hereby designate the following additional items to be included in the record on appeal from the Memorandum Opinion (Dist. Ct. Docket No. 12) and Final Order (Dist. Ct. Docket No. 13) entered in this case by the Honorable Joseph J. Farnan of the United States District Court for the District of Delaware, dated June 24, 2005, affirming the February 2, 2004 Order (Bankr. Ct. Docket No. 1617) entered by Chief Bankruptcy Judge Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, granting the Motion of Claimant Pippin and the Class of ICT Spectrum Bankruptcy Claimants for Resolution of the Class Claim (Bankr. Ct. Docket No. 1588):

| **Bankruptcy Court Docket No.** | **Filing Date** | **Description** |
|---|---|---|
| 846 | 12/18/2000 | Notice of Waiver of Condition and Establishment of Effective Date. |
| 1328 | 11/29/2001 | Memorandum Opinion and Order entered by United States District Court affirming Bankruptcy Court's decision to subordinate the Pippin claim to the level of an equity claim pursuant to Bankruptcy Code § 510(b). *Pippin v. Kaiser Group International (In re: Kaiser Group International)*, No. 00-2263-MFW, Civ. A. 01-508-JJF, 2001 WL 34368405 (D. Del. Nov. 29, 2001). |
| 1411 | 05/21/2002 | Memorandum Opinion and Order entered by the Bankruptcy Court granting Claimant Pippin's motion to have his claim treated in the bankruptcy proceedings as a Class claim. *In re Kaiser Group International, Inc.*, 278 B.R. 58 (Bankr. D. Del. 2002). |
| 1588 | 11/20/2003 | Declaration of Michael S. Tarringer in Support of Motion of Claimant James D. Pippin and the Class of ICT Spectrum Bankruptcy Claimants for Resolution of the Class Claim, and exhibits attached thereto. |
| 1613 | 01/29/2004 | Certification of Counsel Regarding Resolution of Pippin Class Proof of Claim Filed by James D. Pippin, with attachments. |
| 1637 | 03/15/2004 | Declaration of Michael S. Tarringer in Support of Memorandum of Claimant James D. Pippin and the Class of ICT Spectrum Bankruptcy Claimants in Opposition to Debtors' Motion for Reconsideration, and exhibits attached thereto. |

Mr. Pippin and the Class of ICT Spectrum Bankruptcy Claimants respectfully reserve the right to supplement or amend the items designated herein.

Dated: August 9, 2005

Respectfully submitted,

*/s/ A. Zachary Naylor/*

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
**CHIMICLES & TIKELLIS LLP**
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Tel: (302) 656-2500

J. Dennis Faucher
William R. Kane
Michael S. Tarringer
**MILLER FAUCHER AND CAFFERTY LLP**
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103
Tel: (215) 864-2800

Attorneys for Appellees James D. Pippin and the Class