IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KAISER GROUP INTERNATIONAL, ) | |
| INC., et al., ) | Case Nos. 00-2263 to 00-2301 (MFW) |
| ) | |
| Debtors ) | (Jointly Administered Under |
| ) | Case No. 00-2263 (MFW)) |
| ) | |
| KAISER GROUP INTERNATIONAL, ) | |
| INC., et al., ) | |
| Appellants, ) | |
| v. ) | Civil Action No. 04-278-JJF |
| ) | |
| JAMES D. PIPPIN and the CLASS OF ) | |
| ICT SPECTRUM BANKRUPTCY ) | |
| CLAIMANTS, ) | |
| Appellees. ) | |

## CERTIFICATE OF SERVICE

I, Michael S. Tarringer, hereby certify that on August 9, 2005, I caused a copy of the Designation By Appellees James D. Pippin And The Class Of ICT Spectrum Bankruptcy Claimants Of Additional Items To Be Included In The Record On Appeal to be served on the following parties by fax and U.S. Mail.

Kenneth N. Klee, Esquire
Daniel J. Bussel, Esquire
KLEE, TUCHIN, BOGDANOFF & STERN LLP
Fox Plaza
2121 Avenue of the Stars
Thirty Third Floor
Los Angeles, CA 90067-5061

Mark Minuti, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Michael S. Tarringer